

**FILED**

FEB 27 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | 2:13-SW-0654-CKD |
|---|---|
| | 2:13-SW-0655-CKD |
| | 2:13-SW-0656-CKD |
| | 2:13-SW-0657-CKD |
| | 2:13-SW-0658-CKD |
| 8524 Florin Road, | 2:13-SW-0659-CKD |
| 2004 Michigan Boulevard, | 2:13-SW-0660-CKD ✓ |
| 3541 Sun Maiden Way, | 2:13-SW-0661-CKD |
| 910 Striker Avenue, Suite B, | 2:13-SW-0662-CKD |
| 950 Riverside Parkway, Suite 70, | 2:13-SW-0663-CKD |
| 23526 Rosewood Road, | 2:13-SW-0664-CKD |
| 1900 Danbrook Drive, Unit #1611, | |
| 28 W. Main Street, | ORDER RE: REQUEST TO |
| 1240 Stags Leap Road, | UNSEAL SEARCH WARRANTS |
| 5542 E. Kings Canyon Road, | AND SEARCH WARRANT |
| 1515 N. Willow Avenue | AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the files in the above-captioned matters be, and are, hereby ordered unsealed.

DATED: February 27, 2014

_____
Hon. ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE